■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BELQUIS SPINNER, Appellant. [844 NYS2d 162]—Appeal by the defendant, as limited by her motion, from two sentences of the Supreme Court, Kings County (DiMango, J.), imposed March 31, 2006, on the ground that the sentences are excessive.

Ordered that the sentences are affirmed. No opinion. Prudenti, P.J., Schmidt, Ritter, Skelos and Angiolillo, JJ., concur.